

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Anna Marie FUENTES,<br><br>           Defendant. | Case No.: **18MJ9624**<br><br>**FINDINGS OF FACT AND ORDER OF DETENTION** |

In accordance with Title 18 U.S.C. § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141, et seq.), a detention hearing was held on July 30, 2018, to determine whether Defendant, Anna Marie FUENTES, should be held in custody pending trial on the grounds that she is a flight risk. Assistant U.S. Attorney Rosario T. Gonzalez appeared on behalf of the United States. Hootan Baigmohammadi of Federal Defenders of San Diego, Inc. appeared on behalf of the Defendant.

Based on the evidence proffered by the United States and the Defendant, the Pretrial Services' Officer, and the criminal complaint issued against the Defendant on July 25, 2018 by this Court, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions required will reasonably assure the appearance of the Defendant.

I.

FINDINGS OF FACT

A. <u>Nature and Circumstances of the Offense Charged (18 U.S.C. § 3142(g)(1))</u>:

1. Defendant is charged in Criminal Complaint No. 18MJ9624-PCL with importation of 15.66 kilograms (34.52 pounds) of a mixture or substance containing a detectable amount of methamphetamine, in violation of Title 21, U.S.C., §§ 952 and 960. Therefore, probable cause exists to believe Defendant committed the charged offense.

2. The charged offense is an offense for which a maximum term of imprisonment of 10 years or more is prescribed in the Controlled Substances Act (21 U.S.C.§ 801, et seq.). Therefore, there arises a presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required. <u>See</u>, 18 U.S.C. § 3142(e).

3. The charged offense carries with it a minimum mandatory sentence of 10 years and a maximum sentence of life. <u>See</u>, 21 U.S.C. § 960(b)(1)(A) and (H). According to the United States Sentencing Guidelines, the Base Offense level is 36. <u>See</u>, USSG § 2D1.1(c)(3). Assuming the Defendant's criminal history score places her in Criminal History Category I, <u>see</u>, USSG § 4A1.1, the sentencing range for the Defendant is 151-188 months in prison.

B. <u>Weight of the Evidence Against the Defendant (18 U.S.C. § 3142(g)(2))</u>:

1. On July 24, 2018, Anna Marie FUENTES (FUENTES), a United States citizen, applied for entry at the Calexico, California West Port of Entry (POE) as the driver, registered owner and sole occupant of a 2001 Volkswagen Passat. A Customs and Border Protection Officer (CBPO) referred her vehicle for secondary inspection.

2. In secondary inspection, the vehicle was screened using the Z-Portal X-ray system. CBPOs detected an anomaly under the rear seat of the vehicle. A Human and Narcotics Detection Dog (HNDD) screened the vehicle and alerted to the presence of narcotics within the vehicle. A subsequent search of the vehicle resulted in the discovery of 32 packages hidden in a compartment under the back seat. The white crystal-like

2

substance was probed and field tested positive for the properties of methamphetamine. The total weight of the 32 packages was 15.66 kilograms (34.52 pounds).

3. During a post-arrest statement, FUENTES admitted that a man approached her in Tijuana, Mexico and offered her money to drive vehicles across the border. She was asked if she knew she was involved in illegal activity and she stated she was aware. She confessed that she suspected that the Passat she was driving contained drugs. FUENTES also admitted that she was instructed to drive the Passat across the border and purchase car insurance. After purchasing car insurance, she was instructed to drive the Passat to Phoenix, Arizona. FUENTES said she would be paid $2000 if she successfully made it to Phoenix, Arizona.

C. <u>History and Characteristics of the Defendant (18 U.S.C. § 3142(g)(3))</u>:

1. Defendant is a United States citizen but currently resides in Mexico.
2. Defendant has strong ties to Mexico.
3. Defendant also has a significant criminal history as noted in the Pretrial Services Report.

D. <u>Nature and Seriousness of Danger Posed by Release (18 U.S.C. § 3142(g)(4))</u>:

The government proffered no evidence to suggest that release of the Defendant would pose a danger to any person or the community.

II.

REASONS FOR DETENTION

A. There is probable cause to believe Defendant committed the offense charged in Criminal Complaint No. 18MJ9624-PCL; to wit, the importation of 15.66 kilograms (34.52 pounds) of a mixture or substance containing a detectable amount of methamphetamine.

B. Defendant faces a substantial period of time in custody if convicted of the offense charged in the Complaint. She, therefore, has a strong motive to flee.

C. Defendant has strong ties to Mexico.

D. Defendant has not rebutted the presumption, based upon the Court's findings, that no condition or combination of conditions will reasonably assure the appearance of Defendant at future court proceedings. See, 18 U.S.C. §3142(e).

III.

ORDER

IT IS HEREBY ORDERED that the Defendant be detained pending trial in this matter.

IT IS FURTHER ORDERED that the Defendant be committed to the custody of the Attorney General, or his designated representative, for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

THIS ORDER IS ENTERED WITHOUT PREJUDICE.

IT IS SO ORDERED.
DATED: _____.

_____
HON. PETER C. LEWIS
U.S. MAGISTRATE JUDGE

Prepared by:

ADAM L. BRAVERMAN
United States Attorney

_____
ROSARIO T. GONZALEZ
Assistant U.S. Attorney

cc: Hootan Biagmohammadi
   Federal Defenders of San Diego, Inc.